UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bryant Perkins ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:15cv258 UNA |
| ) | |
| Archer Daniels Midland Company ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

The above styled and numbered case was filed on February 9, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:15cv00028.

**IT IS FURTHER ORDERED** that cause number 4:15cv258 UNA be administratively closed.

Gregory J. Linhares<br>CLERK OF COURT

Dated: February 10, 2015            By: Katie Spurgeon, Deputy in Charge

**In all future documents filed with the Court, please use the following case number 1:15cv00028 ACL.**